IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:10-00004 |
| | ) | Judge Trauger |
| RAYMOND HENSON, JR. | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the Probation Office shall look into the matters raised by the defendant in his letter recently filed with the court. (Docket No. 29) Specifically, the court is interested in knowing the disposition of the state charges that were pending at the time the defendant was sentenced by this court and whether or not the state sentence was ordered to run concurrent with the defendant's federal time.

It is further **ORDERED** that the Clerk shall furnish a copy of this Order to counsel for the parties and to the defendant where he is presently housed.

It is so **ORDERED**.

ENTER this 7th day of October 2013.

                                                  ALETA A. TRAUGER
                                                U.S. District Judge